**F I L E D**

NOV 2 0 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

0 7 C R 5 0 0 5 8

07 GJ 1056
Case Number: 07 CR 500
U.S. v. Eubanks et al.

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ■ YES ☐   If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ■ YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?    NO ■    YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO ■ YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?    NO ■    YES ☐

6) What level of offense is this indictment or information?    FELONY ■    MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?    NO ■    YES ☐

8) Does this indictment or information include a conspiracy count?    NO ☐    YES ■

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide ............ (II) | ☐ Income Tax Fraud ......... (II) | ☐ DAPCA Controlled Substances .. (III) * |
| ☐ Criminal Antitrust ...... (II) | ☐ Postal Fraud ............ (II) | ☐ Miscellaneous General Offenses .. (IV) |
| ☐ Bank robbery ......... (II) | ☐ Other Fraud ............ (III) | ☐ Immigration Laws .......... (IV) |
| ☐ Post Office Robbery .... (II) | ☐ Auto Theft ............ (IV) | ☐ Liquor, Internal Revenue Laws .. (IV) |
| ■ Other Robbery ........ (II) | ☐ Transporting Forged Securities . (III) | ☐ Food & Drug Laws .......... (IV) |
| ☐ Assault .............. (III) | ☐ Forgery ............ (III) | ☐ Motor Carrier Act .......... (IV) |
| ☐ Burglary ............. (IV) | ☐ Counterfeiting ............ (III) | ☐ Selective Service Act ........ (IV) |
| ☐ Larceny and Theft ..... (IV) | ☐ Sex Offenses ............ (II) | ☐ Obscene Mail ........... (III) |
| ☐ Postal Embezzlement .... (IV) | ☐ DAPCA Marijuana ........ (III) | ☐ Other Federal Statutes ....... (III) |
| ☐ Other Embezzlement .... (III) | ☐ DAPCA Narcotics ......... (III) | ☐ Transfer of Probation Jurisdiction (V) |

10) List the statute of each of the offenses charged in the indictment or information.

Title 18, United States Code, Sections 924(c)(1)(A) and 1951(a)

_____
Assistant United States Attorney

(Revised 12/99)