Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50058 | **DATE** | November 20, 2007 |
| **CASE TITLE** | USA VS C. EUBANKS, M. JACKSON, T. HAWKINS, M. MULLINS & M. COOPER | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

## GRAND JURY PROCEEDINGS

**DOCKET ENTRY:**

The Grand Jury for the December 2006 Session, a quorum being present, returns the above-entitled indictment in open Court this date before HONORABLE JUDGE P. MICHAEL MAHONEY

Arrest warrants to issue. Arraignment and plea set for November 26, 2007 at 10:00 am

Grand Jury for the December 2006 Session,

By: _[signature]_ Foreperson.

United States Attorney: Michael Iasparro

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | **FILED** NOV 20 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT | number of notices | **Document Number** |
| | No notices required. | | | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| GG | courtroom deputy's initials | Date/time received in central Clerk's Office | date mailed notice mailing deputy initials | |