UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) No. 07 CR 50058 |
| | ) Judge Philip G. Reinhard |
| CHARLES O. EUBANKS, | ) (Magistrate Judge P. Michael Mahoney) |
|    also known as "Chuckie," | ) |
|    also known as "Trouble," | ) |
| MICHAEL JACKSON, | ) |
|    also known as "Way Way," | ) |
| THOMAS L. HAWKINS, | ) |
|    also known as "T-Boy," | ) |
| MARTEL D. MULLINS, | ) |
|    also known as "Foe Baby," and | ) |
| MARK O. COOPER | ) |

**ORDER**

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

1)     Name: Charles O. Eubanks
               Date of Birth: 10/29/1987
               Sex: Male
               Race: Black

2)     Name: Michael Jackson
               Date of Birth: 7/24/1986
               Sex: Male
               Race: Black

3)     Name: Thomas L. Hawkins
               Date of Birth: 12/27/1985
               Sex: Male
               Race: Black

4)     Name: Martel D. Mullins
               Date of Birth: 5/1/1988
               Sex: Male
               Race: Black

5)  Name:            Mark O. Cooper
    Date of Birth:   4/27/1987
    Sex:             Male
    Race:            Black

have been and now are, in due form and process of law, incarcerated in the following institution:

WINNEBAGO COUNTY JAIL,

and that said defendants are charged in the above-captioned case with violations of Title 18, United States Code, Sections 1951(a) and 924(c)(1)(A), and that said defendants should appear in this case in the United States District Court at Rockford, Illinois on Monday, November 26, 2007, at 10:00 a.m., for arraignment before Magistrate Judge P. Michael Mahoney.

IT IS THEREFORE ORDERED that the following persons:

| | |
|---|---|
| Kim R. Widup | Richard Meyers, Sheriff |
| United States Marshal | Winnebago County Jail |
| Northern District of Illinois | 650 West State Street |
| 211 S. Court Street | Rockford, Illinois 61102 |
| Rockford, Illinois 61101 | |

bring or cause to be brought before this Court, at said time on said date, in the Federal Courthouse in Rockford, Illinois, the bodies of the said defendants; and that a Writ of Habeas Corpus Ad Prosequendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

_____
P. MICHAEL MAHONEY
United States Magistrate Judge

DATED at Rockford, Illinois
this 20th day of November, 2007

2