2-12-08

07CR50058-5

To the honorable Magistrate Judge Mahoney, and his honorable court, I would like for Mr. Frank Cook to withdraw as my attorney. There has been conflict in this client-attorney relationship and irreconcilable differences since 11-26-07 when he was first appointed as my legal representation. We have argued on many occasions, on the phone, In person, and he has not been to see me in the Ogle County Jail to go over anything that is relevant to this case. This conflict of interest is an ongoing problem and I feel as if it can only grow worser. I feel that he is a threat to my freedom and is incapable of representing me in a fair and equal manner. Please at your earliest convienience appoint me an attorney who'll fight for my freedom like it were his. Thank You for your time and the oppurtunity to express my feelings.

—Mark Cooper

FILED
FEB 20 2008
MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court