## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50058 - 5 | **DATE** | 2/26/2008 |
| **CASE TITLE** | USA vs. MARK COOPER | | |

**DOCKET ENTRY TEXT:**

Hearing held on defendant's letter requesting new counsel. Frank Cook withdrawn as counsel for defendant. Chris Taylor appointed as counsel for defendant. Status hearing set for February 28, 2008 at 11:00 am.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|