# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50058 - 5 | **DATE** | 4/1/2008 |
| **CASE TITLE** | USA vs. MARK O COOPER | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Defendant to file motion to suppress instanter. Counsel report defendant ready for transfer. Defendant is transferred to Judge Reinhard.  USA's oral motion for the time of April 1, 2008 to and including April 2, 2008 to be deemed excludable under 18 USC 3161(h)(7) (X-R) is granted. Status hearing before Judge Reinhard, via video, on April 2, 2008 at 9:00 am.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|