UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 CR 50058 |
| | ) | |
| MARK COOPER, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO SUPPRESS IDENTIFICATION**

NOW COMES the Defendant, MARK COOPER, by his attorney CHRISTOPHER J. TAYLOR, and for his Motion to Suppress Identification states as follows:

1. That on or about August 2, 2007, a robbery is alleged to have occurred at Soto's Jewelry Store.

2. That on information and belief Perla Beltram identified the Defendant by name after having claimed to have seen his picture in a high school yearbook.

3. That the Defendant was not pictured in the yearbook from high school.

4. That subsequent to identifying the Defendant the witness Ms. Beltram was used as an interpreter in order to obtain an identification by witness Ortiz.

5. That the line up procedure utilized in connection with the Beltram and Ortiz Identifications of the Defendant were so tainted and unduly suggestive as to have lead to a very substantial likelihood of irreparable misidentification.

6. That the identifications of the Defendant were unreliable.

7. That the full and proper examination of the issues presented herein require an

evidentiary hearing.

      WHEREFORE, the Defendant prays this Honorable Court suppress as evidence herein the identification testimony of Beltam and Ortiz and for such other relief as the Court deems equitable and just.

                                           By    /s/ Christopher J. Taylor
                                               Christopher J. Taylor
                                               Attorney for MARK COOPER

BYRD & TAYLOR, Attorneys at Law
Christopher J. Taylor
308 W. State Street, Suite 450
Rockford, IL 61101
(815) 964-5492
ID Number: 6207852