# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50058 - 5 | **DATE** | 4/2/2008 |
| **CASE TITLE** | USA vs. Mark Cooper | | |

**DOCKET ENTRY TEXT:**

Status hearing held.  Judge appears by video.  Defendant's motion to suppress identification [48] presented.  Response due April 23, 2008.  Reply due May 7, 2008.  Status on pending motion and setting a hearing date set for May 14, 2008 at 9:00 a.m. Government's oral motion for the time of April 2, 2008 through and including May 14, 2008 to be deemed excludable under 18 USC 3161(h)(1)(F) [X-E] is granted.

*/s/ Philip G. Reinhard*

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | JT |
|---|---|---|