**RECORDS COPY**

## ROCKFORD POLICE DEPARTMENT

Case Number: 07 - 113952

### LINE-UP/PHOTO SPREAD NOTICE

You are about to view a line-up of individuals or photographs of individuals. Before you view the line-up, however; you must read and understand the following statement:

1. The suspect might not be in the line-up or photo spread and thus you are not obligated to make an identification.

2. You should not assume that the person administering the line-up or photo spread knows which person is the suspect in the case.

If you have read and understood these two statements, date and sign below.

_____   08/07/07  1:45pm
Signature of person viewing line-up or photo spread        Date           Time

_____  184   8/7/07  1:45pm
Officer                    Badge #   Date    Time

#77

8-7-07  1345



GOVERNMENT
EXHIBIT

A