**RECORDS COPY**

# ROCKFORD POLICE DEPARTMENT

Case Number: 07 - 113952

## LINE-UP/PHOTO SPREAD NOTICE

You are about to view a line-up of individuals or photographs of individuals. Before you view the line-up, however; you must read and understand the following statement:

1. The suspect might not be in the line-up or photo spread and thus you are not obligated to make an identification.

2. You should not assume that the person administering the line-up or photo spread knows which person is the suspect in the case.

If you have read and understood these two statements, date and sign below.

_____　　8/7/7　1:52 pm
Signature of person viewing line-up or photo spread　　Date　　Time

_____ 184　　8/7/07　1:52pm
Officer　　Badge #　　Date　　Time

#77　　8-7-07　1352

**GOVERNMENT EXHIBIT B**