**RECORDS COPY**

## ROCKFORD POLICE DEPARTMENT

Case Number: 07 - 113952

### LINE-UP/PHOTO SPREAD NOTICE

You are about to view a line-up of individuals or photographs of individuals. Before you view the line-up, however; you must read and understand the following statement:

1. The suspect might not be in the line-up or photo spread and thus you are not obligated to make an identification.

2. You should not assume that the person administering the line-up or photo spread knows which person is the suspect in the case.

If you have read and understood these two statements, date and sign below.

_____     08/08/07  3:00pm
Signature of person viewing line-up or photo spread     Date     Time

_____ 184     08/08/07  3:00pm
Officer     Badge #     Date     Time

E. B. Luno  198     8/8/07  1500

GOVERNMENT
EXHIBIT
C