# RECORDS COPY

## ROCKFORD POLICE DEPARTMENT

Case Number : 07 - 113952

## LINE-UP/PHOTO SPREAD NOTICE

You are about to view a line-up of individuals or photographs of individuals. Before you view the line-up, however; you must read and understand the following statement:

1.     The suspect might not be in the line-up or photo spread and thus you are not obligated to make an identification.

2.     You should not assume that the person administering the line-up or photo spread knows which person is the suspect in the case.

If you have read and understood these two statements, date and sign below.

_Signature of person viewing line-up or photo spread_

8/8/7        3:03 PM
_Date_        _Time_

_____  184
_Officer_        _Badge #_

8/8/07   3:03pm
_Date_      _Time_

188        8/8/07   1503



GOVERNMENT EXHIBIT

CARDELS 800-783-0399

2