# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50058 - 5 | **DATE** | 5/22/2008 |
| **CASE TITLE** | USA vs. Mark Cooper | | |

**DOCKET ENTRY TEXT:**

Case called on defendant's motion to suppress identification [48]. The court denies defendant's request for an evidentiary hearing on the motion and further denies the motion. Government's oral motion for the time of May 22, 2008 through and including May 23, 2008 to be deemed excludable under under 18 USC 3161(h)(7) [X-R] is granted. Status hearing for scheduling a date for a Jury Trial is set for May 28, 2008 at 9:00 a.m.

*/s/ Philip G. Reinhard*

Notices mailed by Judicial staff.

00:23

| | Courtroom Deputy Initials: | JT |
|---|---|---|