# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50058 - 5 | **DATE** | 5/28/2008 |
| **CASE TITLE** | USA vs. Mark Cooper | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Final pretrial conference set for June 19, 2008 at 9:00a.m. 3-Day Jury Trial set for June 23, 2008 at 8:45a.m. Motions in limine, additional voir dire questions, expert witness notice, 404(b) evidence, and Santiago proffer due June 9, 2008. Responses to 404(b) evidence, responses to motions in limine, and government's proposed jury instructions due June 16, 2008. Joint statement of case, potential witness list with cities of residence, list of those to be seated at counsel table, and defendant's additional proposed jury instructions due June 19, 2008.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | JT |
|---|---|---|