UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 07 CR 50058-5 |
| v. | ) | |
| | ) | Judge Philip G. Reinhard |
| MARK O. COOPER | ) | |

**NOTICE OF MOTION**

To:　Christopher Taylor, Esq.
　　　308 W. State Street - Suite 450
　　　Rockford, Illinois 61101

**PLEASE TAKE NOTICE** that on Wednesday, June 4, 2008, at 9:00 a.m., at the opening of Court or as soon thereafter as counsel may be heard, I will appear before United States District Judge Philip G. Reinhard in the courtroom usually occupied by him in the United States Courthouse, 211 South Court Street, Rockford, Illinois, or before such other district court judge as may be sitting in his place and stead, and then and there present: United States' Motion To Compel Defendant To Submit Palm Prints, at which time and place you must appear.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　PATRICK J. FITZGERALD
　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　BY:　___s/ Michael F. Iasparro___
　　　　　　　　　　　　　　MICHAEL F. IASPARRO
　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　308 West State Street - Suite 300
　　　　　　　　　　　　　　Rockford, Illinois  61101
　　　　　　　　　　　　　　(815) 987-4444

**CERTIFICATE OF FILING AND SERVICE**

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), on June 3, 2008, the following document:

NOTICE OF MOTION

was served pursuant to the district court's ECF system as to ECF filers, if any, and was hand-delivered to the following:

Christopher Taylor, Esq.
308 W. State Street - Suite 450
Rockford, Illinois 61101


    s/ Michael F. Iasparro
MICHAEL F. IASPARRO
Assistant United States Attorney
308 West State Street - Suite 300
Rockford, Illinois  61101
(815) 987-4444