UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 07 CR 50058 |
| MARK COOPER, | ) ) ) ) | |
| Defendant. | ) | |

### MOTION FOR LEAVE TO DISCLOSE ALIBI WITNESSES

NOW COMES the Defendant, MARK COOPER, by his attorney, Christopher J. Taylor, and for his Motion for Leave to Disclose Alibi Witnesses states as follows:

1. That counsel for the Defendant was appointed herein on February 28, 2008.

2. That predecessor counsel did not disclose to the government any alibi witnesses.

3. Than on information and belief, Darrell Cooper and Irma Martinez, are witnesses necessary to Defendant's alibi defense.

4. That Darrell Cooper's address is 604 Daisyfield Road, Rockford, IL and his phone number is 815-209-4443.

5. That Irma Martinez's address is 233 Oakwood Avenue, Rockford, IL and she may be reached by telephone by contacting Darrell Cooper at the above number.

WHEREFORE, Defendant prays his Motion to Disclose Alibi Witnesses be granted.

By     /s/ Christopher J. Taylor
Christopher J. Taylor
Attorney for MARK COOPER

BYRD & TAYLOR, Attorneys at Law
Christopher J. Taylor
308 W. State Street, Suite 450
Rockford, IL 61101
(815) 964-5492
ID Number: 6207852