## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 CR 50058 |
| | ) | |
| MARK COOPER, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING AND PRESENTMENT

To:   Michael F. Iasparro
      Assistant United States Attorney
      308 W. State St. Ste. 300
      Rockford, IL 61101

   PLEASED BE ADVISED that on the 3rd day of June, 2008, I have caused to be filed MOTION FOR LEAVE TO DISCLOSE ALIBI WITNESSES with the Clerk of the United States District Court, 211 S. Court St., Rockford, Illinois 61101, a copy of which is attached hereto.

   PLEASE BE FURTHER ADVISED that on the 4th day of June, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Philip G. Reinhard, in the courtroom usually occupied by him, and then and there present said Motion, at which time and place you may appear if you so see fit.

                                        MARK COOPER

                                    By:   /s/ Christopher J. Taylor
                                        Christopher J. Taylor
                                        Attorney for Defendant

BYRD & TAYLOR, Attorneys at Law
Christopher J. Taylor
308 W. State Street, Suite 450
Rockford, IL 61101
(815) 964-5492
ID Number: 6207852

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## MOTION FOR LEAVE TO DISCLOSE ALIBI WITNESS

was served pursuant to the district court's ECF system as to ECF filers on June 3, 2008.

/s
Christopher J. Taylor


BYRD & TAYLOR, Attorneys at Law
Christopher J. Taylor
308 W. State Street, Suite 450
Rockford, IL 61101
(815) 964-5492
ID Number: 6207852