# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50058 - 5 | **DATE** | 6/4/2008 |
| **CASE TITLE** | USA vs. Mark Cooper | | |

**DOCKET ENTRY TEXT:**

Motion hearing held. Over objections of defendant, government's motion to compel defendant to submit palm prints [73] is granted. Over objections of government, defendant's motion for leave to disclose alibi witnesses [75] is granted.

*/s/ Philip G. Reinhard*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | JT |
|---|---|---|