UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 50058-5 |
| | ) | Judge Philip G. Reinhard |
| MARK O. COOPER | ) | |

**UNITED STATES' SUGGESTED QUESTIONS FOR VOIR DIRE**

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully submits the following suggested questions for voir dire:

1. Do you have any objections to or disagreement with laws regulating firearms?

2. Are you a member of any organization that takes a position for or against gun control?

3. Do you own a firearm?

4. Do you have any moral, religious or ethical belief that would prevent you from deciding the guilt or innocence of another person?

5. Have you or any member of your family had any experience with anyone from the Bureau of Alcohol, Tobacco, Firearms, and Explosives, the Rockford Police Department, or any other law enforcement agency that would affect your ability to consider the testimony of employees from those law enforcement agencies in the same manner as any other credible witness?

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

BY:      /s
        MICHAEL F. IASPARRO
        Assistant United States Attorney
        308 West State Street – Room 300
        Rockford, Illinois 61101
        815-987-4444

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

United States' Suggested Questions for Voir Dire

was served pursuant to the district court's ECF system as to ECF filers on June 9, 2008.

          /s
MICHAEL F. IASPARRO
Assistant United States Attorney
308 West State Street - Suite 300
Rockford, Illinois 61101