## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | No. 07 CR 50058 |
| | ) | |
| MARK COOPER, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT COOPER'S PROPOSED JURY QUESTIONS

1.  Do you have any strong feelings regarding African Americans that might interfere with your ability to be fair and impartial in deciding the guilt or innocence of a African American person?

2.  Do you understand that Police Officers are capable of making mistakes and doing sloppy work?

3.  Do you have any strong feelings about the credibility of Police Officers, in general?

4.  Does the fact that this case involves allegations of Robbery hinder your ability to be a fair and impartial juror?

By     /s/ Christopher J. Taylor
Christopher J. Taylor
Attorney for MARK COOPER

BYRD & TAYLOR, Attorneys at Law
Christopher J. Taylor
308 W. State Street, Suite 450
Rockford, IL 61101
(815) 964-5492
ID Number: 6207852