UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 CR 50058 |
| | ) | |
| MARK COOPER, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S WITNESS LIST**

In addition to the witnesses disclosed by the Government, the Defendant may call:

1. Attorney David Brown of Rockford, IL.

2. Darrell Cooper of Rockford, IL.

3. Darryl Cooper of Rockford, IL.

4. Ethel Cooper of Rockford, IL.

5. Irma Martinez of Rockford, IL.

By    /s/ Christopher J. Taylor
Christopher J. Taylor
Attorney for MARK COOPER

BYRD & TAYLOR, Attorneys at Law
Christopher J. Taylor
308 W. State Street, Suite 450
Rockford, IL 61101
(815) 964-5492
ID Number: 6207852