UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 CR 50058 |
| | ) | |
| MARK COOPER, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

To: Michael F. Iasparro
     Assistant United States Attorney
     308 W. State St. Ste. 300
     Rockford, IL 61101

     PLEASED BE ADVISED that on the 9th day of June, 2008, I have caused to be filed DEFENDANT COOPER'S PROPOSED JURY QUESTIONS, DEFENDANT'S FIRST MOTION IN LIMINE and DEFENDANT'S WITNESS LIST with the Clerk of the United States District Court, 211 S. Court St., Rockford, Illinois 61101, a copy of which is attached hereto.

                                            MARK COOPER

                                    By: /s/ Christopher J. Taylor
                                             Christopher J. Taylor
                                             Attorney for Defendant

BYRD & TAYLOR, Attorneys at Law
Christopher J. Taylor
308 W. State Street, Suite 450
Rockford, IL 61101
(815) 964-5492
ID Number: 6207852

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

<u>DEFENDANT COOPER'S PROPOSED JURY QUESTIONS,</u>
<u>DEFNDANT'S FIRST MOTION IN LIMINE and</u>
<u>DEFENDANT'S WITNESS LIST</u>

was served pursuant to the district court's ECF system as to ECF filers on June 9, 2008.

                                                /s
                                     Christopher J. Taylor

BYRD & TAYLOR, Attorneys at Law
Christopher J. Taylor
308 W. State Street, Suite 450
Rockford, IL 61101
(815) 964-5492
ID Number: 6207852